FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

2006 NOV 29 P 3: 27

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

KEVIN WADE HARRIS

Case No. 3:04-cr-231-J-20MMH

_____/

## SUPERVISED RELEASE REVOCATION
### and
## JUDGMENT AND COMMITMENT

On November 29, 2006, John J. Sciortino, Assistant United States Attorney, and the Defendant, KEVIN WADE HARRIS, appeared in person and with his counsel, Charlie L. Adams, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 68, filed October 24, 2006).

The Defendant, having heretofore been convicted on February 23, 2005, in Case No. 3:04-cr-231-J-20MMH, of offense charged, to wit: Conspiracy to embezzle or steal and convert Social Security Administration funds, in violation of 18 U.S.C. § 371, as charged in Count One of the Indictment; and was sentenced to be imprisoned for a term of eighteen (18) months; and was placed on supervised release for a term of three (3) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 68, filed October 24, 2006) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **seven (7) months.** The Court recommends an institution that provides a substance abuse program.

3. Upon release from imprisonment, the Defendant shall be on supervised release for a term of **28 months**, under the standard conditions of supervision and the following special conditions:

    a. The Defendant shall participate as directed in an in-patient or out-patient program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which will include testing for the detection of substance use or abuse. Further, the Defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

    b. The Defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the Defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable to by Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

    c. The Defendant shall pay the remainder of the $195,788.88 restitution still due and owing at a rate of no less than $75.00 per month.

    d. The Defendant shall provide the Probation Office with full disclosure of his financial records to include yearly tax returns upon the request of the Probation Officer. The

Defendant shall cooperate with the Probation Office in the investigation of his financial dealings and shall provide truthful monthly statements of his income.

e. Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating for any major purchases without approval of the Probation Officer.

f. The Defendant shall have no contact with Michele Eileen Harris without prior permission from the Court or the Probation Officer.

4. The Defendant is remanded to the custody of the U.S. Marshal to await designation of institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 29r day of November, 2006.

　　　　　　　　　　　　　　　　　HARVEY E. SCHLESINGER
　　　　　　　　　　　　　　　　　United States District Judge

Copies to:
John J. Sciortino, Esq.
Charles L. Adams, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office