AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

2008 JAN 22 AM 11:42

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| | (For **Revocation** of Probation or Supervised Release) |
| | CASE NUMBER: 3:04-cr-231-J-20TEM |
| | USM NUMBER: 30712-018 |
| v. | |
| KEVIN WADE HARRIS | |
| | Defendant's Attorney: Charlie Adams, Esq. (cja) |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge number(s) __One through Four__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive urinalysis for marijuana. | June 2007 |
| Two | Positive urinalysis for marijuana. | October 2007 |
| Three | Positive urinalysis for Cocaine. | November 2007 |
| Four | Positive urinalysis for marijuana. | November 2007 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: January 22, 2007

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

DATE: January 22, 2008

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

| | |
|---|---|
| Defendant: KEVIN WADE HARRIS | Judgment - Page 2 of 2 |
| Case No.: 3:04-cr-231-J-20TEM | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **fifteen (15) months.**

    __X__ The Court makes the following recommendations to the Bureau of Prisons:
**an institution that provides a substance abuse program.**

    __X__ The defendant is remanded to the custody of the United States Marshal.

    _____ The defendant shall surrender to the United States Marshal for this district:

        ___ at _____ a.m. ___ p.m. on _____.

        ___ as notified by the United States Marshal.

    _____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

        ___ before 2 p.m. on _____.

        ___ as notified by the United States Marshal.

        ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

                              UNITED STATES MARSHAL

                 By _____
                           DEPUTY UNITED STATES MARSHAL